### (November 20, 1940.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FARRIS DREBKA, Appellant, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, Respondent.— Motion to extend time within which to perfect appeal granted; and time within which to perfect appeal extended to January, 1941. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

MEYER EDELMAN, Respondent, v. SAM CYMBERG and ESTELLE CYMBERG, Appellants.— Motion for stay granted upon the condition that the printed record on appeal and appellants' brief be filed with this court on or before December 20, 1940, and that the notice of argument for the January, 1941, Order and General Calendar Term be served by the appellants. Failing to so print and file record and brief and to serve notice of argument the stay will be dissolved on December 20, 1940. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of JOSEPH FIORENTINO, Appellant, against CUSHMAN'S SONS, INC., Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to prosecute appeal on typewritten record granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Application and Petition of GEORGE J. GILLESPIE and Others, Constituting the Board of Water Supply of the City of New York, Respondents, to Acquire Real Estate for and on Behalf of the City of New York under Title K of the Administrative Code of the City of New York (L. 1937, Ch. 929) in the County of Ulster, for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of the City of New York. Delaware Section 7, Parcel No. 1288. GEORGE HOFF and KATHERN HOFF, Appellants.— Motion to compel the furnishing of typewritten copy of record granted, without costs; however, if the appellants so elect, the city is directed to furnish three printed copies as required by section K41–23 of the Administrative Code of the City of New York. Motion to have appeal heard on typewritten record denied, without costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Application and Petition of GEORGE J. GILLESPIE and Others, Constituting the Board of Water Supply of the City of New York, Respondents, to Acquire Real Estate for and on Behalf of the City of New York under Title K of the Administrative Code of the City of New York (L. 1937, Ch. 929) in the County of Ulster, for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of the City of New York. Delaware Section No. 7, Parcel No. 1288. LORIN WRIGHT, Appellant.— Motion to compel the furnishing of typewritten copy of record granted, without costs; however, if the appellant so elects, the city is directed to furnish three printed copies as required by section K41–23 of the Administrative Code of the City of New York. Motion